**Fill in this information to identify the case:**

Debtor name: Toledo Gas Gathering, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known): 24-60730

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                                                                                                  |                                                                                                                            | Total claim   | Priority amount |
| --- | -------------------------------------------------------------------------------------------------------------------------------- | -------------------------------------------------------------------------------------------------------------------------- | ------------- | --------------- |
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $399,229.60 | $0.00 |
|     | Date or dates debt was incurred                                                                                                  | Basis for the claim:                                                                                                       |               |                 |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)                  | Is the claim subject to offset?<br>☒ No<br>☐ Yes                                                                           |               |                 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |                                                                                                                                         |                                                                                                                                      | Amount of claim |
| --- | --------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------ | --------------- |
| 3.1 | **Nonpriority creditor's name and mailing address**<br>4 R Ventures LLC<br>515 N. Fredonia St<br>Longview, TX 75601                     | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed               | $102,539.09 |
|     | **Date(s) debt was incurred** _                                                                                                         | **Basis for the claim:** _                                                                                                           |                 |
|     | **Last 4 digits of account number** _                                                                                                   | Is the claim subject to offset?   ☒ No   ☐ Yes                                                                                       |                 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Adriatic Marine LLC<br>Madison Tucker, Jones Walker LLP 201 St. Charles Ave. Suite 5100<br>New Orleans, LA 70170 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,120,524.33 |
|     | **Date(s) debt was incurred** _                                                                                                         | **Basis for the claim:** _                                                                                                           |                 |
|     | **Last 4 digits of account number** _                                                                                                   | Is the claim subject to offset?   ☒ No   ☐ Yes                                                                                       |                 |

Debtor  Toledo Gas Gathering, LLC                         Case number (if known)
        Name

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Amplify Energy Operating, LLC<br>c/o Eric Williams 500 Dallas Street, Suite 1700<br>Houston, TX 77002 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $798,001.77 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Anthony C. Cibilich<br>Madison Tucker, Jones Walker LLP 201 St.<br>Charles Ave. Suite 5100<br>New Orleans, LA 70170 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Associated Pipeline<br>950 Echo Lane Suite 100<br>Houston, TX 77024 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Barnstorm Resources, LLC<br>515 N. Fredonia St<br>Longview, TX 75601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $174,622.07 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Benton J. Poole<br>1917 Esparanza Ct.<br>Allen, TX 75013 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $214,500.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Blue Cross Blue Shield of Texas<br>Post Office Box 650615<br>Dallas, TX 75265 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,677.33 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Buffco Production, Inc.<br>P. O. Box 2243<br>Longview, TX 75606 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,388.40 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>C&S Lease Service, LC<br>P. O. Box 1049<br>Kilgore, TX 75663 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,530.01 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Toledo Gas Gathering, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Crestline Energy Partners LLC<br>c/o Matthew W. Bobo Law Office, PLLC 4916 Camp Bowie Blvd.<br>Fort Worth, TX 76107 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Crestline Partners<br>c/o Matthew W. Bobo Law Office, PLLC 4916 Camp Bowie Blvd. Ft. Worth, Texas 76107<br>Fort Worth, TX 76107 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Datamax<br>P O Box 2235<br>Saint Louis, MO 63109 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,413.31 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Eastman Midstream LP<br>P O Box 2851<br>Longview, TX 75606 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,715.22 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Estate of William K. Anderson<br>c/o Willbanks & Willbanks, PC 1 Riverway Suite 1700<br>Houston, TX 77058 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $675,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Finkelstein Partners<br>Finkelstein Partners 1407 Fannin Street<br>Houston, TX 77027 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,000,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Freeman Family Partnership<br>2222 Merit Dr. #1400<br>Dallas, TX 75251 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Freeman Mills PC<br>12222 Merit Dr. #1400<br>Dallas, TX 75251 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Debtor   Toledo Gas Gathering, LLC                                   Case number (if known)
         Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.19 | Houston Tall Pines, LLC<br>Houston Tall Pines, LLC 1207 Antoine Drive<br>Houston, TX 77055<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $2,750,000.00 |
| 3.20 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $3,600.00 |
| 3.21 | Jason Dial<br>c/o Matthew W. Bobo Law Office, PLLC 4916 Camp Bowie Blvd.<br>Fort Worth, TX 76107<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $2,343,983.52 |
| 3.22 | KEV-MEL, LLC<br>515 N. Fredonia St.<br>Longview, TX 75601<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $0.00 |
| 3.23 | Kirk Shields-Gregg Cnty Tax Assessor<br>Kirk Shields-Gregg Cnty Tax Assessor<br>P.O. Box 1431<br>Longview, TX 75606<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $137.09 |
| 3.24 | Matthew Russell<br>48 Lake Cherokee<br>Longview, TX 75603<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $66,393.44 |
| 3.25 | Michelle Terry Gregg County Tax Assessor<br>County Tax Assessor-Collections<br>P O Box 1431<br>Longview, TX 75606<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | $14,892.39 |

Debtor  Toledo Gas Gathering, LLC  Case number (if known)  
　　　　Name

| | | |
|---|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address**<br>Nacogdoches CAD-AETHON ENERGY<br>Nacogdoches Central Appraisal District<br>216 W Hospital St<br>Nacogdoches, TX 75961 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　　　　$242.49 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.27** | **Nonpriority creditor's name and mailing address**<br>Onyx Gas | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　　$1,102.63 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.28** | **Nonpriority creditor's name and mailing address**<br>Pitney Bowes Global Financial Services<br>Pitney Bowes Global Financial Services<br>Post Office Box 981022<br>Boston, MA 02298 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　　　　$312.09 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.29** | **Nonpriority creditor's name and mailing address**<br>Progressive County Mutual Ins Co<br>Dept 0561<br>Carol Stream, IL 60132 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　　$3,537.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.30** | **Nonpriority creditor's name and mailing address**<br>R. Kevin Russell<br>515 N. Fredonia<br>Longview, TX 75601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　　$48,400.75 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.31** | **Nonpriority creditor's name and mailing address**<br>Ralph Falls<br>PACE COMMERCIAL LLC 5800 Old Pineville Road<br>Suite 201,<br>Charlotte, NC 28217 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　$1,500,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.32** | **Nonpriority creditor's name and mailing address**<br>RAM Interest, LP<br>5354 Airport Freeway<br>Haltom City, TX 76117 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　　$6,346.82 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |
| **3.33** | **Nonpriority creditor's name and mailing address**<br>Raymond S. Russell<br>Post Office Box 373<br>Longview, TX 75606 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed　　　　　　　$288,586.41 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

Debtor  Toledo Gas Gathering, LLC  Case number (if known) _____
         Name

| 3.34 | **Nonpriority creditor's name and mailing address**<br>Republic Services<br>Post Office Box 78829<br>Phoenix, AZ 85062 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,735.42 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Russco Oil & Gas, LLC<br>P O Box 373<br>Longview, TX 75606 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,643.07 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Scott Porter, Johnson Tax Assessor<br>Scott Porter, Johnson County Tax Assessor<br>Post Office Box 75<br>Cleburne, TX 76033 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,346.68 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Shane Graves<br>Shane Graves PC<br>515 N. Fredonia Street<br>Longview, TX 75601 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $339,600.58 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Shoco Production - Partners<br>  1518 Colony Circle<br>Longview, TX 75604 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,793.59 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Shoco Production, LP<br>1518 Colony Circle<br>Longview, TX 75604 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71,952.17 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>Stericycle, Inc.<br>Stericycle, Inc. 28883 Network Place<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $543.67 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>Texas Mutual Insurance Company<br>  P.O. Box 841843<br>Dallas, TX 75284 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $134.32 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor   Toledo Gas Gathering, LLC                                        Case number (if known)
         Name

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $750,000.00 |
|---|---|---|---|
| | Two Sisters LLC<br>PO Box 21270<br>Oklahoma City, OK 73156 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,550.00 |
|---|---|---|---|
| | Wilbanks & Wilbanks, PC<br>1 Riverway Suite 1700<br>Houston, TX 77056 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,500,000.00 |
|---|---|---|---|
| | Wildcat Davis Accumulation II LP<br>6800 Lakewood Blvd.<br>Dallas, TX 75214 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | 399,229.60 |
| **5b. Total claims from Part 2** | 5b. +  $ | 18,069,745.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | 18,468,975.26 |